# EXHIBIT "A"

# Mississippi Electronic Courts
## Seventh Circuit Court District (Hinds Circuit Court - Jackson)
### CIVIL DOCKET FOR CASE #: 25CI1:22-cv-00011-TTG

STEDMAN v. KROGER et al
Assigned to: Senior Circuit Judge Tomie Green

**Upcoming Settings:**

None Found

Date Filed: 01/07/2022
Current Days Pending: 104
Total Case Age: 104
Jury Demand: None
Nature of Suit: Negligence - General (181)

**Plaintiff**
JACQUELYN STEDMAN

represented by **Patrick Wooten**
Schwartz & Associates, P.A
PO Box 3949
JACKSON, MS 39201
601-988-8888
Fax: 601-353-0217
Email: pwooten@1call.org
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
KROGER

**Defendant**
K025 KROGER EAST/DELTA

**Defendant**
JOHN DOE ENTITIES (1-5)

**Defendant**
JOHN DOE PERSONS (1-5)

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2022 | 2 | COMPLAINT against JOHN DOE ENTITIES (1-5), JOHN DOE PERSONS (1-5), K025 KROGER EAST/DELTA, KROGER, filed by JACQUELYN STEDMAN. (Attachments: # 1 Civil Cover Sheet,) (KB) (Entered: 01/07/2022) |
| 02/02/2022 | 3 | SUMMONS Issued to KROGER. (KB) (Entered: 02/02/2022) |
| 03/29/2022 | 4 | SUMMONS Returned Executed by JACQUELYN STEDMAN. *Re:* ** 3 SUMMONS Issued to KROGER. (KB)** K025 KROGER EAST/DELTA served on 3/24/2022, answer due 4/23/2022; KROGER served on 3/24/2022, answer due 4/23/2022. Service type: Personal (Wooten, Patrick) (Entered: 03/29/2022) |

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

**JACQUELYN STEDMAN**                                              **PLAINTIFF**

VS.                                           CIVIL ACTION NO. 22-11

**KROGER;**
**K025 KROGER EAST/DELTA;**
**JOHN DOE ENTITIES (1-5);**
**JOHN DOE PERSONS (1-5)**                                         **DEFENDANTS**

### COMPLAINT
(Trial by Jury Requested)

**COMES NOW,** the Plaintiff, Jacquelyn Stedman, by and through his counsel and files this Complaint against the Defendants, Kroger; K025 Kroger East/Delta; John Does Entities (1-5) and John Does Person (1-5), and in support thereof, would show unto this Honorable Court the following, to-wit:

### I. Parties

1.  The Plaintiff, Jacquelyn Stedman, is an adult resident citizen of Jackson, Hinds County, Mississippi.

2.  The Defendant, Kroger, who is a corporation registered to do business in the State of Mississippi and has appointed Corporation Service Company as its registered agent for process, who may be served at 7716 Old Canton Road, Suite C., Madison, Mississippi 391110.

3.  The Defendant, K025 Kroger East/Delta, who is a corporation registered to do business in the State of Mississippi and has appointed Corporation Service Company as its registered agent for process, who may be served at 7716 Old Canton Road, Suite C., Madison, Mississippi 391110.

4.     John Doe Entity (ies) are any unknown companies who may have been responsible for or who may have contributed to the negligence alleged herein. They may be added as defendants when their identities become know.

5.     John Doe Person (s) are any unknown individuals who may have been responsible for or who may have contributed to the negligence alleged herein. They may be added as defendants when their identities become know.

## II. Jurisdiction and Venue

6.     This court has jurisdiction over the subject matter, and over the parties, and it is the proper venue as the incident at issue occurred in Hinds County, Mississippi.

## III. Facts

7.     That on or about September 25, 2020, Plaintiff, Jacquelyn Stedman, was shopping at Kroger at 4910 1-55N, Jackson, Hinds County, Mississippi. The Plaintiff, exercising due care for her own safety, walked towards the produce department near the cooler when a piece of plastic wrap from a pallet wrapped around the Plaintiff's foot. As a result of the plastic wrap entrapping the Plaintiff's foot, the Plaintiff was injured.

8.     The Defendants had a duty to use reasonable care to keep the premises in a reasonably safe condition, and to warn persons, such as the Plaintiff, of dangerous conditions on the premises.

## IV. Negligence

9.     The dangerous condition of the plastic wrap being on the floor was caused by the negligence of the Defendant's employee. Further, the Defendant failed to provide reasonable and adequate warning to the Plaintiff. The Defendant had actual and constructive notice of the

unreasonably dangerous condition of the plastic wrap on the pallet. Accordingly, the Defendant breached each of the aforementioned duties, and was therefore negligent.

## V. Damages

10. That Plaintiff would further state that as a direct and proximate result of the hereinabove acts of negligence and breaches of legal duties owed to her by the Defendant, she has suffered damages including, but not limited to, the following:

    a) Past, present and future physical pain and suffering;

    b) Emotional and mental suffering both past, present and future;

    c) Hospital bills, doctor bills, prescription drug bills and other medical and medical-related expenses which have been incurred;

    d) Temporary physical impairment and disability; and

    e) Loss of enjoyment of life.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff hereby requests the Court to conduct a mediated settlement conference or to refer the case to its court-annexed mediation program in order to assist the parties to bring about a settlement of this case. Plaintiff also prays that a judgment of, from and against the Defendants in amount which will fairly and adequately compensate Plaintiff for her injuries, damages, and losses past and future and for punitive damages against the Defendants herein. Further, Plaintiff prays that the Court will award her interest as permitted by law, costs of this suit, expert witness fees, and for whatever and further relief as to this Court may deem just and proper.

RESPECTFULLY SUBMITTED this the 7th day of JANUARY, 2022.

JACQUELYN STEDMAN, Plaintiff

BY: _____
PATRICK WOOTEN (MSB NO. 9979)

OF COUNSEL:
**SCHWARTZ & ASSOCIATES, P.A.**
162 East Amite Street
Jackson, Mississippi 39201
Phone: 601-988-8888
Email: pwooten@1call.org

Case: 25CI1:22-cv-00011-TTG     Document #: 2-1     Filed: 01/07/2022     Page 1 of 1

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2009)

**Court Identification Docket #:** 25 / CI
County #: 25 | Judicial District: 1 | Court ID (CH, CI, CO): CI

**Case Year:** 2022
**Docket Number:** 11
**Local Docket ID:** (blank)

**Date:** 01/07/22 (Month/Date/Year)

*This area to be completed by clerk*
Case Number if filed prior to 1/1/94: (blank)

**In the** CIRCUIT **Court of** HINDS **County** — FIRST **Judicial District**

### Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Remanded
- [ ] Reinstated
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

### Plaintiff
**Individual:** Last Name: STEDMAN | First Name: JACQUELYN | Maiden Name: | M.I.: | Jr/Sr/III/IV:

**Address of Plaintiff:** 1040 CEDAR HILL DRIVE, JACKSON, MS 39206
**Attorney (Name & Address):** PATRCI WOOTEN, P.O. Box 3949 Jackson, MS 39207-3949
**MS Bar No.:** 9979

Signature of Individual Filing: [signature]

### Defendant
**Business:** KROGER - INCORPORATED IN OHIO

**Attorney (Name & Address) - If Known:** (blank) | **MS Bar No.:** (blank)

**Damages Sought:** Compensatory $ ___ Punitive $ ___
[ ] Check if child support is contemplated as an issue in this suit.

### Nature of Suit (Place an "X" in one box only)

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Termination of Parental Rights
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Worker's Compensation
- [ ] Other

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Other

**Children/Minors - Non-Domestic**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion Minor
- [ ] Removal of Minority
- [ ] Other

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [X] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

JACQUELYN STEDMAN     PLAINTIFF

VS.     CIVIL ACTION NO. 22-cv-00011 TG

KROGER;
K025 KROGER EAST/DELTA;
JOHN DOE ENTITIES (1-5);
JOHN DOE PERSONS (1-5)     DEFENDANTS

## SUMMONS

THE STATE OF MISSISSIPPI
__HINDS__ COUNTY

TO:

Corporation Service Company, Registered Agent
o/b/o **KROGER**
K025 Kroger East/Delta
7716 Old Canton Road, Suite C.
Madison, MS 39110

NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Patrick Wooten, the attorney for the Plaintiff, whose address is Schwartz & Associates, P.A., Post Office Box 3949, Jackson, Mississippi 39207-3949.

Your response must be mailed or delivered within **thirty (30) days** from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 2 day of Feb, 2022.

CIRCUIT CLERK
HINDS COUNTY, MISSISSIPPI
By: _Karla Bailey_
DEPUTY CLERK

{SEAL}

ZACK WALLACE, CIRCUIT CLERK

1 | Page

PROOF OF SERVICE-SUMMONS
(Process Server)

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below:

\_\_\_\_ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (*Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B*).

__X__ PERSONAL SERVICE. I personally delivered copies of Summons and Complaint to __Roddie Key__ on the __24__ day of __March__, 2022, where I found said person(s) in __Madison__ County of the State of __MJ__ __0900 Hrr__.

\_\_\_\_ RESIDENCE SERVICE. After exercising reasonable diligence, I was unable to deliver copies to said person within _____ county, Mississippi. I served the Summons and Complaint on the \_\_\_\_ day of _____, 2022, at the usual place of abode of said person by leaving a true copy of the said summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the \_\_\_\_ day of _____, 2019, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

\_\_\_\_ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (*Attach signed return receipt or the return envelope marked "Refused"*).

PERSONALLY APPEARED BEFORE ME the undersigned authority in and fore the state and county aforesaid, the within named __Jimmy K Taylor__ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server (Signature)

SWORN TO AND SUBSCRIBED BEFORE ME this the __28__ day of __March__, 2022.

_____
Notary Public        (Seal)

My Commission Expires:
__CRYSTAL D. SMITH__

CRYSTAL D. SMITH
Commission Expires
May 12, 2024
HINDS COUNTY
STATE OF MISSISSIPPI
NOTARY PUBLIC

2 | Page

Case 3:22-cv-00212-HTW-LGI   Document 1-1   Filed 04/21/22   Page 10 of 10
Case: 25CI1:22-cv-00011-TTG   Document #: 4   Filed: 03/29/2022   Page 2 of 2
Case: 25CI1:22-cv-00011-TTG   Document #: 3   Filed: 02/02/2022   Page 1 of 1

**IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**

**JACQUELYN STEDMAN**　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 22-cv-00011 TG**

**KROGER;**
**K025 KROGER EAST/DELTA;**
**JOHN DOE ENTITIES (1-5);**
**JOHN DOE PERSONS (1-5)**　　　　　　　　　　　　　　　　**DEFENDANTS**

**SUMMONS**

*THE STATE OF MISSISSIPPI*
　*HINDS* 　　　*COUNTY*

TO:

Corporation Service Company, Registered Agent
o/b/o **KROGER**
K025 Kroger East/Delta
7716 Old Canton Road, Suite C.
Madison, MS 39110

NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

　　You are required to mail or hand-deliver a copy of a written response to the Complaint to Patrick Wooten, the attorney for the Plaintiff, whose address is Schwartz & Associates, P.A., Post Office Box 3949, Jackson, Mississippi 39207-3949.

　Your response must be mailed or delivered within **thirty (30) days** from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

　You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

　　Issued under my hand and the seal of said Court, this the ___ day of _____, 2022.

　　　　　　　　　　　　　　　　CIRCUIT CLERK
　　　　　　　　　　　　　　　　HINDS COUNTY, MISSISSIPPI

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

{SEAL}　　　　　　　　　　　　ZACK WALLACE, CIRCUIT CLERK